# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ANNE ELIZABETH WILLIFORD,**          **CASE NO. 4:06cv114-SPM/WCS**

      **Plaintiff,**

**vs.**

**MORRIS YOUNG, IN HIS OFFICIAL**
**CAPACITY AS SHERIFF OF GADSDEN**
**COUNTY, FLORIDA, et al.,**

      **Defendants.**

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT SHERIFF MORRIS YOUNG'S MOTION TO DISMISS COUNT VIII OF AMENDED COMPLAINT

Plaintiff, ANNIE ELIZABETH WILLIFORD, hereby responds to Defendant Sheriff Morris Young's Motion to Dismiss Count VIII of Amended Complaint and states the following:

Plaintiff consents to the dismissal of Count VIII of the Amended Complaint without prejudice.  Plaintiff is requesting dismissal without prejudice because she may be able, through discovery, to establish that the Sheriff has adopted protocols and procedures as standards of conduct, in which case there would be an independent duty of care.  Pollock v. Florida Department of Highway Safety, 882 So. 2d 928 (Fla. 2004); see also City of Jacksonville v. DeRay, 418 So. 2d 1035 (Fla. 1st DCA 1982)(final judgment was affirmed against the City for its failure to follow protocols provided in a traffic control devices manual which the City had adopted as the standard for signalization and street markings); State Dep't of Transp. v. Cooper, 408 So. 2d 781 (Fla. 2d DCA 1982)(same).   Through discovery, Plaintiff may be able to establish this independent duty of care.

Respectfully submitted,


/s/ Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL 32303
Telephone:  (850) 383-4800
Facsimile:   (850) 383-4801

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served upon the attorneys identified below by CM/ECF this 25th day of April, 2006:

Timothy M. Warner
WARNER LAW FIRM
Post Office Box 1820
Panama City, FL 32401

Keith C. Tischler
JOLLY & PETERSON, P. A.
Post Office Box 37400
Tallahassee, FL 32315


/s/ Marie A. Mattox
Marie A. Mattox