# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANNE WILLIFORD,**

    **Plaintiff,**

**vs.**                                                                                                                 **4:06-CV-114-SPM**

**MORRIS YOUNG, in his official capacity**
**as Sheriff of Gadsden County, Florida,**
*et. al*,

    **Defendants.**
_____/

## ORDER DISMISSING COUNT VIII OF COMPLAINT

**THIS CAUSE** comes before the Court upon the "Motion to Dismiss of Defendant Sheriff Morris Young as to Count VIII of Amended Complaint with Incorporated Memorandum of Law" (doc. 18) filed April 10, 2006 and the response (doc. 22) filed April 25, 2006.  Plaintiff has conceded that it is inappropriate to proceed on Count VIII at this time and agrees to its dismissal, provided that she be permitted to raise it again if, through the discovery process, she learns facts that would establish an independent duty of care.

The motion and response are well-taken.  Accordingly, it is

**ORDERED AND ADJUDGED** that Count VIII of the complaint is hereby *dismissed* without prejudice to Plaintiff's ability to raise the issue when it can be

properly substantiated.

**DONE AND ORDERED** this twenty-seventh day of April, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge